884 P.2d 1158

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| State v. Clayton | 16533 | 8/4/94 | Vacated and Remanded |
|---|---|---|---|
| State v. Onogi | 16630 | 8/15/94 | Dismissed |
| State v. Dela Cruz | 16603 | 9/7/94 | Affirmed |
| State v. Silva | 15570 | 9/13/94 | Affirmed |
| State v. Rideout | 16094, 16095 | 9/22/94 | Affirmed |
| State v. Arnold | 15440 | 9/29/94 | Affirmed |
| State v. Anzai | 17374 | 10/18/94 | Affirmed |
| State v. Martin | 15848 | 10/20/94 | Vacated and Remanded |
| State v. Carvalho | 16578 | 10/21/94 | Affirmed |
| State v. Rabanes | 16017 | 10/21/94 | Affirmed |
| Haraguchi v. State | 16930 | 10/31/94 | Dismissed |